**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Johnnie Watkins,

Plaintiff(s),

v.

United States of America,

Defendant(s).

Case No.  15 C 8350
Judge Ronald A. Guzman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (*check appropriate box*):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒    in favor of defendant(s) United States of America
and against plaintiff(s) Johnnie Watkins

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐    other:

---

This action was (*check one*):

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Ronald A. Guzman on a motion a motion to dismiss.

Date:   4/12/2016                                    Thomas G. Bruton, Clerk of Court

                                                     s/Imelda Saccomonto , Deputy Clerk