# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

April 27, 2017

| Before: | DIANE P. WOOD, Chief Judge |
| | WILLIAM J. BAUER, Circuit Judge |
| | ILANA DIAMOND ROVNER, Circuit Judge |

CERTIFIED COPY
A True Copy
Teste:
_Christine Duffy Hodgkins_
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| | |
|---|---|
| No. 16-2109 | JOHNNIE WATKINS, as Guardian of the Estate of Johnnice Ford, a disabled person,<br>Plaintiff - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:15-cv-08350<br>Northern District of Illinois, Eastern Division<br>District Judge Ronald A. Guzmán | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)